# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CAROLINA MENDOZA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 2:22-cv-08018 AB (MRWx)<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

　　Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and with each party to bear their own attorneys' fees and costs.

　　IT IS SO ORDERED.

Dated: April 03, 2023

_____
Honorable André Birotte Jr.
United States District Court